**2014–1690. State ex rel. Bank of New York Mellon v. Martin.**
In Mandamus and Prohibition. On motion of Western & Southern Life Insurance Company et al. to intervene as respondents. Motion granted. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1946. State ex rel. Indus. Energy Users–Ohio v. Pub. Util. Comm. of Ohio.**
In Mandamus and Prohibition. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

PFEIFER, J., dissents.

**2014–2154. Robinson v. Rocco.**
In Mandamus. On motion to dismiss of Ute L. Vilfroy. Motion granted. Cause dismissed. On motion to dismiss of Andrea F. Rocco, Clerk of the Cuyahoga County Court of Appeals. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2193. Wright v. Second Dist. Court of Appeals.**
In Procedendo. On motion to dismiss of Second District Court of Appeals. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2196. State ex rel. Lee v. First Dist. Court of Appeals.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2241. State ex rel. Barton v. Barton.**
In Mandamus and Prohibition. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2249. Richie v. O'Connell.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2253. State ex rel. Hill–Foster v. Indus. Comm. of Ohio.**
Franklin App. No. 14AP–335. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2015–0006. State ex rel. Victor v. Stupika.**
In Prohibition. On motion for stay. Motion denied. On motion to dismiss of respondent James M. Gillette and answer of respondent Judge Terri L. Stupica. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

O'DONNELL and FRENCH, JJ., dissent and would grant an alternative writ.